UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :     05-cr-538-2 (JSR)
            -v-                      :
                                     :
SHAWN PETERKIN,                      :     ORDER
                                     :
            Defendant.               :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

   The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty February 9, 2021, Raoul Zaltzberg, Esq., for the purpose of supplementing, if deemed necessary, the pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) dated January 20, 2021, which motion will be docketed along with this Order. Counsel for the defense and the Government are directed to jointly call Chambers on Wednesday, February 10, 2021 at 11:00 a.m. to set up a briefing schedule for the motion.

        SO ORDERED.

   Dated:  New York, NY                 _____
           February 9, 2021             JED S. RAKOFF, U.S.D.J.